STATE of Missouri, Respondent,

v.

Sheddrick DENSON, Appellant.

No. WD 49207.

Missouri Court of Appeals, Western District.

Aug. 29, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

## ORDER

PER CURIAM.

Sheddrick Denson appeals his convictions of robbery in the first degree and armed criminal action. He charges the circuit court with erroneously refusing to submit a jury instruction concerning eyewitness identification and with wrongly defining "reasonable doubt" in the jury instructions. We affirm. Finding no jurisprudential value to publishing an opinion, we issue this summary order. Rule 30.25(b).